ACCEPTED
04-15-00453-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/2/2015 9:57:49 AM
KEITH HOTTLE
CLERK

NO. 04-15-00453-CV

IN THE COURT OF APPEALS

FOR THE

FOURTH JUDICIAL DISTRICT

OF TEXAS, SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/2/2015 9:57:49 AM

KEITH E. HOTTLE
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STANLEY FREEMAN, APPELLANT

VS.

SUMIKO FREEMAN, APPELLEE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION FOR EXTENSION OF TIME TO FILE BRIEF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LAW OFFICES OF ANTHONY W. WALLUK

ANTHONY W. WALLUK
State Bar No. 20796100
111 Soledad, Suite 300
San Antonio, Texas 78205
awalluklaw@hotmail.com
Telephone No.: (210) 226-4384
Telecopier No.: (210) 226-4526

TO: Fourth Appellate District Clerk
Fourth Court of Appeals
San Antonio, Texas

Petitioner does hereby make timely written request to the Clerk for an extension of time to file Appellant's Brief, and in support thereof, shows as follows:

A.  The current deadline for filing the Appellant's Brief is today November 2, 2015;

B.  Petitioner herewith seeks an extension of time until November 9, 2015 under TRAP 38.6 (d);

C.  Petitioner relies on the facts set forth below to explain the need for an extension:

1.  Counsel set aside last Friday and today in order to finalize and prepare the brief for e-filing. In critically reviewing the argument in the brief, counsel and has become aware of an additional possible point of error which now requires additional research.

2.  While it is possible that the brief can be ready today, it is unlikely. Counsel is a one person office and should extensive redrafting, reformatting of the  formal sections of the appeal brief , etc. be required as anticipated, the brief would have to be rushed into final form. If it becomes possible, the brief would be filed today as presently scheduled.

3.  Should the time required for finalization of the brief extend beyond today, November 2, 2015, counsel would not be able to complete it as a minimum until Thursday November 5, 2015 at the earliest due to prescheduled conflicts.

4.  Approval of the extension for November 9, 2015, an extension of seven days, would allow sufficient time to ensure the product properly fulfills counsel's responsibility to both the Court and to Appellant to provide the most complete possible brief of the facts and law. Should the seven day extension be denied, an extension of three days until November 5, 2015 is alternatively requested.

D.  There have been no previous extensions granted for the filing of this Appellant's brief. I prior request for an extension was denied as moot because it was untimely.

E.  This appeal involves a motion for enforcement of a divorce decree, originally filed in the 285th District Court in Bexar County Texas, and signed by District Judge Janet Littlejohn on March 29, 2010. The order being appealed was signed by District Judge Larry Noll on April 21, 2015, 2013.

2.

F.    The cause number for the original case was 98 CI-13915, and the style of the case was IN THE MATTER OF THE MARRIAGE OF SUMIKO FREEMAN AND STANLEY FREEMAN.

This request is made not for delay but only to afford the opportunity to present an appropriate, complete brief.  Appellant has exercised due diligence in pursuing this appeal

The Honorable Clerk of this Court is requested, therefore, pursuant to the provisions of the Texas Rules of Appellate Procedure, to authorize an extension of 7 days as requested until November 9, 2015, to allow the filing of the Appellant's brief.

## CERTIFICATE OF CONFERENCE

Counsel for Appellant has conferred with counsel for the Appellee regarding the foregoing motion this morning and Counsel for Appellee has stated that he does not object to this motion for extension of time.

Respectfully submitted,

LAW OFFICES OF ANTHONY W. WALLUK

By: _____

ANTHONY W. WALLUK
Attorney for Appellant
State Bar No.  20796100
111 Soledad, Suite 300
San Antonio, Texas  78205
(210) 226-4384
Telecopier:  (210) 226-4526

3.

## Certificate of Service

I certify that a true copy of this motion was served in accordance with rule 9.5 of

the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  SUMIKO FREEMAN


Lead attorney: GARY BEAHM

Address of service:    3003 N.W. Loop 410, Suite 205 78230

Method of service: fax 210-340-1346

Date of service:  November 2, 2015.


_____
ANTHONY W. WALLUK
Attorney for Appellant